# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AHKEEM WILLIAMS,

      Plaintiff,

    v.

GAVIN NEWSOM, et al.,

      Defendants.

Case No.  1:26-cv-01516-SAB

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL AND REASSIGNMENT

(ECF No. 5, 6)

Before the Court is Plaintiff's motion for an extension of time to file an amended complaint, as required by the Court's screening order.  (ECF Nos. 4, 6.)  Upon review and consideration, the Court GRANTS Plaintiff's motion and ORDERS that Plaintiff shall have through **May 1, 2026**, to file an amended complaint.

Concurrently, Plaintiff filed a motion to recuse the undersigned and reassign this matter to a different judge.  (ECF No. 5.)  Plaintiff seeks to recuse the undersigned from this case based on the following: "I alleged and recognized that you Stanley A. Boone may have a partnership with Kings County Superior Court Judge Shane Burn Roberts and I have reason to believe you may be bias.  You have twisted my original complaint . . . ."  (Id.)[1]  Thus, Plaintiff's motion for recusal alleges bias and prejudice but has proffered an insufficient basis.  See 28 U.S.C. § 144; 28 U.S.C. § 455.

---

[1] The Court quotes only the substantive portion of Plaintiff's motion.

1

Because Plaintiff fails to allege facts that would support the contention that the undersigned exhibited bias or prejudice directed towards him from an extrajudicial source, see Liteky v. United States, 510 U.S. 540, 555 (1994), Plaintiff's motion for recusal is DENIED.

IT IS SO ORDERED.

Dated:   **April 2, 2026**

                                          STANLEY A. BOONE
                                          United States Magistrate Judge