# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>       Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>       Defendants. | Case No. 1:26-cv-01516-SAB<br><br>ORDER DENYING MOTION FOR DOCUMENTS<br><br>(ECF No. 11) |

On May 26, 2026, Plaintiff Ahkeem Williams, who is proceeding *pro se* and *in forma pauperis*, filed a motion for documents. (ECF No. 11.) Limiting the motion to its only salient point, Plaintiff requests documents "for appeal to file for appeal . . . ." (Id. at p. 1.) However, a findings and recommendation issued by the undersigned remains pending before the assigned District Judge, who may accept, modify, or decline the recommendations. (ECF No. 10.) In other words, the case remains pending, and thus, this aspect of Plaintiff's request is not yet ripe.

/ / /

/ / /

/ / /

/ / /

/ / /

The Court has considered the remainder of Plaintiff's motion and finds it to be without merit.  For the foregoing reasons, the Court DENIES the motion for documents.  (ECF No. 11.)

IT IS SO ORDERED.

Dated:    **May 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2