**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:26-cv-01516 KES SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIOSN, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Doc. 10 |

Ahkeem Williams seeks to hold the defendants liable for violations of his rights, asserting that he wrongfully had an RFID chip placed in his body and during a surgical procedure, and the defendants "mind molest him" and "eat [his] body with demon possession out of the RFID chip." *See* Doc. 8 at 4, 11-12.  The magistrate judge screened Plaintiff's amended complaint and found the allegations are frivolous.  Doc. 10 at 3-5.  The magistrate judge recommended the dismissal. *Id.* at 6.

On May 1, 2026, the Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days. Doc. 10 at 6.  The Court also advised Plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Plaintiff did not file objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review.  Having

1

carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

　　1.　　The findings and recommendations issued on May 1, 2026 (Doc. 10) are ADOPTED in full.

　　2.　　This matter is DISMISSED with prejudice.

　　3.　　The Clerk of Court is directed to close this case

IT IS SO ORDERED.

　　Dated:　 June 4, 2026

UNITED STATES DISTRICT JUDGE

2